UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80021-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC MARABINI,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

**THIS CAUSE** is before the court upon various motions and the report and recommendation of United States Magistrate Judge Anne E. Vitunac, filed December 27, 2006.

Pursuant to 28 U.S.C. § 636(b)(1), the district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1). The statute requires that objections be filed within ten days of service of the report and recommendation. *See* 28 U.S.C. § 636(b)(1). No objections have been filed to the report and recommendation of the magistrate judge.

After considering the magistrate judge's report and recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1.    The report and recommendation of the magistrate judge [DE # 74] is **ADOPTED** in

Order Adopting R&R
United States v. Marabini
Case No. 06-80021-CR-HURLEY/VITUNAC

its entirety and incorporated herein by reference.

2. The government's motion for an order to show cause [DE # 46] is **DENIED**.

3. Ms. Torres's response to motion for order to show cause and cross-motion to strike [DE # 48], construed as a motion to quash, is **DENIED**.

4. Ms. Torres's motion for clarification [DE # 51] is **DENIED**.

5. The defendant's motion for return of personal property [DE # 52] is **DENIED** without prejudice.

6. World Savings Bank, FSB's petition for hearing to adjudicate validity of interest in property [DE # 54] is **DENIED** as moot.

7. Ms. Torres's request for oral argument [DE # 62] is **DENIED** as moot.

**DONE** and **SIGNED** in chambers at West Palm Beach, Florida, this ___12___ day of January, 2007.

Daniel T. K. Hurley
United States District Judge

*Copies furnished to counsel of record*