**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 06-80021-CR-HURLEY/HOPKINS

**UNITED STATES OF AMERICA,**
  Plaintiff,

v.

**ERIC MARABINI,**
  Defendant.
_____/

**ORDER ADOPTING REPORT AND**
**RECOMMENDATIONS AND SETTING HEARING**

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Friday, January 16, 2009,** at **11:00 a.m.** in Courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 30th day of December, 2008.

**copy furnished:**
AUSA A. Marie Villafana
AFPD Dave Lee Brannon
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge